UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-41288 |
|---|---|
| PAUL BERNARD WILLIAMS | (Chapter 13) |
| LEISHA SHEVELLE WILLIAMS | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3990684**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 11 | CITIFINANCIAL<br>BOX 610<br>8316 N MAIN ST<br>DAYTON, OH  45405 | 1,289.43 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/18/2009

Certificate of Service  04-41288

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| PAUL BERNARD WILLIAMS | RICHARD E WEST | (11.1) |
| LEISHA SHEVELLE WILLIAMS | 195 E CENTRAL AVE | CITIFINANCIAL |
| 115 E. BRUCE AVENUE | BOX 938 | BOX 610 |
| DAYTON, OH  45405 | SPRINGBORO, OH  45066 | 8316 N MAIN ST |
|  |  | DAYTON, OH  45405 |

(42.1n)
NEW FALLS CORPORATION
100 NORTH CENTER ST
NEWTON FALLS, OH  44444

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner            cs